ACCEPTED
03-14-00650-CV
4915901
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/16/2015 12:51:56 PM
JEFFREY D. KYLE
CLERK

No. 03-14-00650-CV

_____

# IN THE THIRD COURT OF APPEALS
# AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/16/2015 12:51:56 PM
JEFFREY D. KYLE
Clerk

_____

Wesley Spears and Renee Jacobs,
*Appellants*

v.

Falcon Pointe Community Homeowners' Association
*Appellee*

_____

Appeal from County Court at Law No. 1
of Travis County, Texas, Cause No. C-1-CV-13-010214

_____

**Motion for Extension of Time to File Appellee's Brief**

_____

TO THE HONORABLE JUSTICES OF THE THIRD COURT OF APPEALS:

Appellee Falcon Pointe Community Homeowners' Association files this Motion for a 7-Day Extension of Time to file its Appellee's Brief.

Appellee's Brief is currently due on April 17, 2015. Appellee respectfully requests a 7-day extension of time, which would extend the deadline for filing its brief to Friday, April 24, 2015. This is Appellee's first motion for extension of time to file its brief. Appellants are unopposed to this motion.

Appellee's counsel needs additional time to prepare the Appellee's brief

because concurrently with preparing Appellee's brief, Appellee's counsel has been preparing for trial, which begins on Monday April 20, 2015, in *Mario Martinez, et al. v. Texas American Resources Company*; No. D-1-GN-14-001240; in the 353rd Judicial District Court of Travis County, Texas. Appellee's counsel also needs additional time because of time spent complying with the following concurrent deadlines:

- *Alfredo Lopez v. Rafael Hinojosa Lujan, Jr., et al.*; No. D-135,761; in the 358th Judicial District of Ector County, Texas (preparation and filing of pretrial motions and briefing for trial that was scheduled to begin on May 5, 2015 but was continued on April 14, 2015);

- *GTC Auto Sales v. Florist's Mutual Insurance Company*; No. 2014-001738-3; in the County Court at Law No. 3 of Tarrant County, Texas (preparation of motion to modify the judgment that was due on April 2, 2015); and

- *Patricia De Leon v. Robert Winston Sutton, et al.*; No. 2014-806-5; in the 414th Judicial District of McLennan County, Texas (preparation of motion to exclude expert testimony that was due on April 9, 2015).

WHEREFORE, Appellee Falcon Pointe Community Homeowners' Association respectfully requests a 7-day extension of time to file its Appellee's brief on Friday, April 24, 2015.

Respectfully submitted,

By: /s/ David J. Campbell

DAVID E. CHAMBERLAIN
State Bar No. 04059800
*dchamberlain@chmc-law.com*
DAVID CAMPBELL
State Bar No. 24057033
*dcampbell@chmc-law.com*

***Counsel for Appellee***

# CERTIFICATE OF CONFERENCE

On the morning of Thursday, April 16, 2015, I personally emailed Appellants' counsel, and Appellants' counsel responded that he is unopposed to this motion.

/s/ David J. Campbell
David J. Campbell

3

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing document has been served via electronic service on the following counsel for Appellants on this 16th day of April, 2015:

Wesley Spears
ATTORNEY AT LAW
401 Congress Avenue
Suite 1501
Austin, Texas 78701
512/696-2222
512/687-3499 (fax)
SBN: 18898400
wesleys637@yahoo.com

**Counsel for Appellants**

/s/ David J. Campbell
David J. Campbell